FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D19-0617
_____

DONNIE RAY JOYNER,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.


October 14, 2019


PER CURIAM.

The petition for belated appeal is denied on the merits.

MAKAR, BILBREY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Donnie Ray Joyner, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.